NEWYORK,
May, 1816.

AUSTIN
v.
HALL.

---

### AUSTIN AND OTHERS *against* HALL.

Where several plaintiffs must join in bringing a personal action, a release by one joint plaintiff is a bar to the action. So, in an action by tenants in common for a trespass on land, of which they are, the coheirs, a release by one of the plaintiffs is a bar to the action. Tenants in common must join in an action of trespass *quare clausum fregit*.

THIS was an action of trespass, *quare clausum fregit*, against the defendant and one *Ely*, for entering upon the lands of the plaintiffs, expelling them from thence, and taking the issues and profits.

The defendant pleaded not guilty, and *liberum tenementum ;* and the plaintiffs new assigned the *locus in quo* on which the trespass was alleged to have been committed. To the new assignment, the defendant pleaded, 1. Not guilty : 2. A release, under seal, from *Edward Austin*, one of the plaintiffs, in consideration of the sum of six cents, of all actions, and causes of action, and

demands, which the said *Edward Austin,* or which he and any other person, had against the defendant and *Ely;* (except his share of his father's personal property, to whom the defendant was administrator;) and, particularly, all demands on account of any trespasses done by the defendant to any real property owned or claimed by the said *Edward Austin,* and the other heirs of his deceased father; and, also, the suit lately commenced against the defendant and *Ely* by the said *Edward Austin* and his coheirs. And the defendant averred, that the real property mentioned in the release was the same as that described in the new assignment of the plaintiff; that the said *Edward Austin,* and the other heirs of his deceased father, were the plaintiffs in this suit; and that the suit mentioned in the release and the present action were the same. 3. A release, in like manner, from *Joseph Austin,* another of the plaintiffs. To the second and third pleas there was a general demurrer and joinder in demurrer.

*Z. R. Shepherd,* in support of the demurrer, cited *Cro. Eliz.* 411. 2 *Co.* 68. *Co. Litt.* 197. *b.* 1 *Salk.* 260. *Cro. James,* 231. 2 *Bl. Rep.* 1077. 2 *Burr.* 668.

*D. Russell,* contra, cited *Cro. Eliz.* 648. *Bac. Abr. Release,* (G.) 6 *Co.* 35. 1 *Lev.* 272. 1 *Ld. Raym.* 648, 649. *Co. Litt.* 285. *a.*

*Per Curiam.* The declaration, in this case, is for a trespass on land, and an eviction of the plaintiffs; and for the damages sustained by reason thereof this suit is brought. The action is, strictly, a personal one, and the plaintiffs were bound to join in it. The release, therefore, by two of the plaintiffs, is a bar to the action, and the defendant is entitled to judgment.

Judgment for the defendant.